# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RICKY R. RUBY                                                    PLAINTIFF

V.                 4:10CV000136 SWW/JTR

BOBBY BROWN, Major,
Faulkner County Detention Center; and
JOHN RANDALL, Captain,
Faulkner County Detention Center                     DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE.

Dated this 4th day of November, 2010.

                                                       /s/Susan Webber Wright
                                                       UNITED STATES DISTRICT JUDGE